IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULNASIR M. ]JINHAM,<br><br>    Plaintiff,<br><br>  v.<br><br>HORIZON LINES, INC.,<br><br>    Defendant.<br>                                                            / | No. C 05-04252 WHA<br><br>**ORDER GRANTING MOTION FOR LEAVE TO ADD NEW DEFENDANT AND VACATING HEARING** |

In this maritime personal-injury case, plaintiff Abdulnasir M. Jinham moves for leave to add a new defendant, Interocean American Shipping Corp. The timely motion is not opposed. It appears that plaintiff's dispute with Interocean American Shipping arises out of the same series of transactions as does his dispute with defendant Horizon Lines, Inc. It also seems that issues of fact common to both defendants will arise in this action. Justice requires that leave to amend the complaint be given. *See* FRCP 15(a). The motion therefore is **GRANTED**. The hearing on the motion is **VACATED**. The amended complaint **SHALL BE FILED BY MARCH 16, 2006**.

**IT IS SO ORDERED.**

Dated: March 2, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE