UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULNASIR M. JINHAM,<br>      Plaintiff(s),<br>  v.<br>HORIZON LINES, INC.,<br>      Defendant(s). | No. C05-4252 WHA (BZ)<br><br>**ORDER SCHEDULING FURTHER SETTLEMENT CONFERENCE** |

At the joint request of the parties, **IT IS HEREBY ORDERED** that a further settlement conference in this matter is scheduled for **Tuesday, October 31, 2006 at 9:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  By no later than **October 13, 2006**, plaintiff shall serve in writing a current settlement demand.  By no later than **October 20, 2006,** defendant shall respond in writing. Supplemental settlement conference statements updating the status of the case shall be lodged with the court by no later than **October 24, 2006.**

DATED: August 11, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

1